IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


TIMOTHY ERIC GOODWIN, #226382,       )
                                     )
           Plaintiff,                )
                                     )
vs.                                  )     CASE NO. 2:14cv-764-WHA
                                     )
ROBERT BENTLEY, et al.,              )              (WO)
                                     )
           Defendants.               )


## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #6),

entered on September 23, 2014.  There being no timely objection filed to the Recommendation,

and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to

prosecute this action and to comply with the orders of this court.   Final Judgment will be entered

accordingly.

DONE this 15th day of October, 2014.


/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE